443 F.2d 68
 UNITED STATES of America, Plaintiff-Appellee,
v.
Antonio Gloria TORRES, Defendant-Appellant.
 No. 30986 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 June 9, 1971.
 
 Appeal from United States District Court, Western District of Texas; Hon. Darwin W. Suttle, District Judge.
 Ralph H. Harris, III, Crawford, Crawford & Harris, Uvalde, Tex., for defendant-appellant.
 Henry J. Novak, Asst. U. S. Atty., San Antonio, Tex., for plaintiff-appellee.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966